NEW-YORK<br>May, 1810.<br>NEWELL<br>v.<br>GRISWOLD.

Judgment of nonsuit.

———————

## NEWELL *against* GRISWOLD.

THIS was an action of *assumpsit*, for goods sold and delivered. Plea *non assumpsit* with notice of set-off. There were mutual accounts between the parties, consisting of various items, on which there was a balance due to the plaintiff; but there was no account stated, or balance struck. The only question was, whether the plaintiff was entitled to interest.

No interest can be recovered on an open, running account between parties; and when there are no circumstances from which an agreement to allow interest can be inferred.

*Per Curiam.* Here was an open, running account, unliquidated between the parties, and no balance struck. There is nothing in the course of dealing between them from which an intent or agreement to allow interest, can be inferred. It is, therefore, not a case of interest. (*Camp. N. P. Rep.* 50.)

Motion denied.